**Order entered November 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00548-CV

### JORDAN COGBURN, Appellant

### V.

### MELANIE CREEKMORE, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1125**

## ORDER

Before the Court is appellee's November 10, 2022 third motion for an extension of time to file her brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellee on November 14, 2022 filed as of the date of this order.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE